# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| **In re: Motion to Compel Compliance with Subpoena Directed to Non-Party Circinus, LLC**<br><br>BROIDY CAPITAL MANAGEMENT, LLC and ELLIOTT BROIDY,<br>                              Plaintiffs,<br><br>v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC,<br>                              Defendants. | Misc. Action No.: _____<br><br>Underlying Litigation:<br><br>United States District Court<br>for the District of Columbia<br>Civil Action No.: 19-cv-00150-DLF |

## **NOTICE**

PLEASE TAKE NOTICE that on Friday February 18, 2022, at 10:00 a.m., or as soon thereafter as the undersigned may be heard, Movants Nicolas D. Muzin, Stonington Strategies LLC, and Gregory Howard will present to the Court their Motion to Compel Subpoena Responses from Non-Party Circinus, LLC.

Dated: February 11, 2022                              Respectfully Submitted,

/s/ Stephen J. Obermeier

Jeffrey A. Udell (*pro hac vice* forthcoming)        Stephen J. Obermeier (VSB No. 89849)
Adam P. Cohen (*pro hac vice* forthcoming)           sobermeier@wiley.law
Jacob Gardener (*pro hac vice* forthcoming)          Rebecca Saitta (VSB No. 65408)
WALDEN MACHT & HARAN LLP                              rsaitta@wiley.law
250 Vesey Street, 27th Floor                          Krystal B. Swendsboe (VSB No. 89614)
New York, NY 10281                                    kswendsboe@wiley.law
Phone: (212) 335-2030                                 WILEY REIN LLP
judell@wmhlaw.com                                     2050 M Street NW
acohen@wmhlaw.com                                     Washington, DC 20036
jgardener@wmhlaw.com                                  Phone: (202) 719-7000
                                                      Facsimile: (202) 719-7049

*Counsel for Movants Gregory Howard*

*Attorneys for Movants Stonington Strategies LLC and Nicolas D. Muzin*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2022, the foregoing Notice was filed with the Court's CM/ECF system and was served, via electronic mail, upon the below individuals.

Henry B. Brownstein
KASOWITZ BENSON TORRES LLP
1399 New York Ave. NW, Suite 201
Washington, DC 20005
hbrownstein@kasowitz.com

Andrew R. Kurland
Daniel R. Benson
Jacob I. Benson
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
akurland@kasowitz.com
dbenson@kasowitz.com
jbenson@kasowitz.com

*Counsel for Plaintiffs Broidy Capital Management and Elliott Broidy and for Non-Party Circinus, LLC*

David M. Zionts
Alexander A. Berengaut
Megan O'Neill
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
dziontz@cov.com
aberengaut@cov.com
moneill@cov.com

*Counsel for Interested Non-Party State of Qatar*

Randall Adam Brater
ARENT FOX LLP
1717 K Street NW
Washington, DC 20006
Randall.brater@arentfox.com

Eric Roman
Mohammed T. Farooqui
Nicholas Collins
ARENT FOX LLP
1301 Avenue of the Americas, Floor 42
New York, NY 10019
Eric.roman@arentfox.com
mohammed.farooqui@arentfox.com
Nicholas.collins@arentfox.com

*Counsel for Defendant Joseph Allaham*

/s/ Stephen J. Obermeier
Stephen J. Obermeier
*Attorney for Movants Stonington Strategies LLC and Nicolas D. Muzin*