Date: 2/18/2022　　　　　　　　　　　　Judge: Ivan D. Davis
　　　　　　　　　　　　　　　　　　　　Reporter: FTR

Start: 11:02 a.m.
Finish: 11:22 a.m.

Civil Action Number: 1:22-mc-2

Broidy Capital Management, LLC, et al

vs.

Nicolas D. Muzin, et al

Appearances of Counsel for (x) Pltf (x) Deft

Motions argued &:

[3] MOTION to Compel Subpoena Responses from Non-Party Circinus LLC – Continued to 3/4/2022 at 10:00 a.m.

Order to follow.