# U.S. District Court
# Eastern District of Virginia – (Alexandria)
# CIVIL DOCKET FOR CASE #: 1:22–mc–00002–PTG–IDD

Broidy Capital Management, LLC et al v. Muzin et al
Assigned to: District Judge Patricia Tolliver Giles
Referred to: Magistrate Judge Ivan D. Davis

Date Filed: 02/11/2022
Date Terminated: 03/01/2022

**Plaintiff**

**Broidy Capital Management, LLC**          represented by   **Broidy Capital Management, LLC**
                                                             PRO SE

**Plaintiff**

**Elliott Broidy**                          represented by   **Elliott Broidy**
                                                             PRO SE

**Defendant**

**Nicolas D. Muzin**                        represented by   **Krystal Brunner Swendsboe**
                                                             Wiley Rein LLP
                                                             2050 M Street NW
                                                             Washington, DC 20036
                                                             202–719–4197
                                                             Email: kswendsboe@wiley.law
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Rebecca Lynn Saitta**
                                                             Wiley Rein LLP
                                                             2050 M Street NW
                                                             Washington, DC 20036
                                                             202–719–7075
                                                             Email: rsaitta@wileyrein.com
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Stephen Joseph Obermeier**
                                                             Wiley Rein LLP
                                                             2050 M Street NW
                                                             Washington, DC 20036
                                                             202–719–7465
                                                             Email: sobermeier@wiley.law
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph Allaham**

**Defendant**

**Gregory Howard**

**Defendant**

| | | |
|---|---|---|
| **Stonington Strategies, LLC** | represented by | **Krystal Brunner Swendsboe** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Rebecca Lynn Saitta** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Stephen Joseph Obermeier** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

V.

**Respondent**

| | | |
|---|---|---|
| **Circinus LLC** | represented by | **Mihir Elchuri** <br> Hirschler Fleischer <br> Hirschler Fleischer <br> 8270 Greensboro Drive <br> Ste 700 <br> Tysons, VA 22102 <br> 703−584−8370 <br> Email: melchuri@hirschlerlaw.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Robert R. Vieth** <br> Hirschler Fleischer PC (Tysons) <br> 8270 Greensboro Dr <br> Suite 700 <br> Tysons Corner, VA 22102 <br> 703−584−8900 <br> Fax: 703−584−8901 <br> Email: rvieth@hirschlerlaw.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Henry Bowen Brownstein** <br> Kasowitz, Benson Torres LLP (DC−NA) <br> 1399 New York Ave. <br> Suite 201 <br> Washington, DC 20005 <br> NA <br> 202−760−3400 <br> Fax: 202−747−2886 <br> Email: hbrownstein@kasowitz.com <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/11/2022 | Ï 1 | Civil Miscellaneous Case Broidy Capital Management, LLC, et al. v. Nicolas D. Muzin, et al. |

| | | |
|---|---|---|
| | | *Motion to Compel Subpoena Responses from Circinus LLC* ( Filing fee $ 49, receipt number AVAEDC–8242799.), filed by Stonington Strategies, LLC, Nicolas D. Muzin, Gregory Howard. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Order)(Obermeier, Stephen) (Entered: 02/11/2022) |
| 02/11/2022 | Ï 2 | Notice of Hearing Date re 1 Civil Miscellaneous Case, (Obermeier, Stephen) (Entered: 02/11/2022) |
| 02/11/2022 | Ï 3 | MOTION to Compel *Subpoena Responses from Non–Party Circinus LLC* by Gregory Howard, Nicolas D. Muzin, Stonington Strategies, LLC. (Attachments: # 1 Proposed Order)(Obermeier, Stephen) (Entered: 02/11/2022) |
| 02/11/2022 | Ï 4 | Memorandum in Support re 3 MOTION to Compel *Subpoena Responses from Non–Party Circinus LLC* filed by Gregory Howard, Nicolas D. Muzin, Stonington Strategies, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Obermeier, Stephen) (Entered: 02/11/2022) |
| 02/11/2022 | Ï 5 | NOTICE of Appearance by Krystal Brunner Swendsboe on behalf of Nicolas D. Muzin, Stonington Strategies, LLC (Swendsboe, Krystal) (Entered: 02/11/2022) |
| 02/11/2022 | Ï | Initial Case Assignment to District Judge Patricia Tolliver Giles and Magistrate Judge Ivan D. Davis. (nneb) (Entered: 02/14/2022) |
| 02/11/2022 | Ï | Set Deadlines as to 3 MOTION to Compel *Subpoena Responses from Non–Party Circinus LLC*. Motion Hearing set for 2/18/2022 at 10:00 AM in Alexandria Courtroom 301 before Magistrate Judge Ivan D. Davis. (clar, ) (Entered: 02/14/2022) |
| 02/11/2022 | Ï | MOTIONS REFERRED to Magistrate Judge: Davis. 3 MOTION to Compel *Subpoena Responses from Non–Party Circinus LLC* (clar, ) (Entered: 02/14/2022) |
| 02/15/2022 | Ï 6 | NOTICE of Appearance by Rebecca Lynn Saitta on behalf of Nicolas D. Muzin, Stonington Strategies, LLC (Saitta, Rebecca) (Entered: 02/15/2022) |
| 02/18/2022 | Ï 7 | Minute Entry for proceedings held before Magistrate Judge Ivan D. Davis:Motion Hearing held on 2/18/2022 re 3 MOTION to Compel *Subpoena Responses from Non–Party Circinus LLC* filed by Stonington Strategies, LLC, Nicolas D. Muzin, Gregory Howard. Appearances of Counsel. Motion argued and continued. Order to follow. Motion Hearing set for 3/4/2022 at 10:00 AM in Alexandria Courtroom 301 before Magistrate Judge Ivan D. Davis. (Tape #FTR.)(lgue, ) (Entered: 02/18/2022) |
| 02/18/2022 | Ï 8 | NOTICE of Appearance by Robert R. Vieth on behalf of Circinus LLC (Vieth, Robert) (Entered: 02/18/2022) |
| 02/18/2022 | Ï 9 | ORDERED for reasons stated from the bench and in accord with specific rulings and instructions thereto, it is hereby ORDERED that Nicolas D. Muzin, Stonington Strategies, LLC, and Gregory Howard's Motion to Compel Subpoena Responses [Dkt. No. 3] is CONTINUED to Friday, March 4, 2022 at 10:00 a.m. It is further ORDERED that any response to the Motion is due by Tuesday, February 22, 2022 and any reply in support of the Motion is due by Thursday, February 24, 2022. Signed by Magistrate Judge Ivan D. Davis on 02/18/2022. (jlan) (Entered: 02/18/2022) |
| 02/18/2022 | Ï 10 | NOTICE of Appearance by Mihir Elchuri on behalf of Circinus LLC (Elchuri, Mihir) (Entered: 02/18/2022) |
| 02/18/2022 | Ï 11 | Motion to appear Pro Hac Vice by Henry Bowen Brownstein and Certification of Local Counsel Mihir V. Elchuri Filing fee $ 75, receipt number AVAEDC–8253444. by Circinus LLC. (Elchuri, Mihir) (Entered: 02/18/2022) |
| 02/22/2022 | Ï 12 | ORDER granting 11 Motion for Pro hac vice Appointed Henry Bowen Brownstein for Circinus LLC. Signed by District Judge Patricia Tolliver Giles on 02/22/2022. (clar, ) (Entered: 02/22/2022) |

| | | |
|---|---|---|
| 02/22/2022 | 13 | Memorandum in Opposition re 3 MOTION to Compel *Subpoena Responses from Non–Party Circinus LLC* filed by Circinus LLC. (Attachments: # 1 Proposed Order)(Elchuri, Mihir) (Entered: 02/22/2022) |
| 02/22/2022 | 14 | Consent MOTION to Transfer Case by Gregory Howard, Nicolas D. Muzin, Stonington Strategies, LLC. (Attachments: # 1 Proposed Order)(Obermeier, Stephen) (Entered: 02/22/2022) |
| 02/22/2022 | 15 | Waiver of re 14 Consent MOTION to Transfer Case *(Waiver of Hearing)* by Gregory Howard, Nicolas D. Muzin, Stonington Strategies, LLC (Obermeier, Stephen) (Entered: 02/22/2022) |
| 03/01/2022 | 16 | ORDERED that the Motion to Transfer (Dkt. 14) is GRANTED; it is further ORDERED that Movants' Motion to Compel Subpoena Responses (Dkt. 3) shall be, and hereby is, TRANSFERRED to the United States District Court for the District of Columbia where the underlying action, Broidy Capital Management, LLC v. Muzin, 19–cv–00150–DLF (D.D.C.), is pending. Signed by District Judge Patricia Tolliver Giles on 03/01/2022. (jlan) (Entered: 03/02/2022) |
| 03/01/2022 | | Case transferred to District of Columbia. Copies of transfer order, and docket sheet sent electronically. (jlan) (Entered: 03/02/2022) |